UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Federal Insurance Company, | Case No:   05-1382 MJD/SRN |
| Plaintiff, | |
| vs. | **ORDER** |
| Siemens Energy & Automation, Inc., | |
| Defendant. | |

---

Based upon the Settlement Agreement and Stipulation of Dismissal filed by the parties, the Clerk is directed to forthwith enter judgment dismissing the above action with prejudice and without costs or disbursements to either party.  The Court retains jurisdiction for 45 days.


Dated: December 19, 2005       s/ Michael J. Davis
                               Honorable Michael J. Davis
                               United States District Court Judge